# UNITED STATES COURT OF INTERNATIONAL TRADE

FORREST XU,

      Plaintiff,

v.

U.S. CUSTOMS AND BORDER
PROTECTION, U.S. DEPARTMENT OF
HOMELAND SECURITY, and SUSAN S.
THOMAS, EXECUTIVE ASSISTANT
COMMISSIONER, OFFICE OF TRADE,

      Defendants.

Before: Lisa W. Wang, Judge

Court No. 26-03403

## ORDER

On July 29, 2026, Plaintiff Forrest Xu filed a motion "for a temporary restraining order enjoining U.S. Customs and Border Protection, … and its responsible official, Executive Assistant Commissioner Susan S. Thomas, their officers, agents, servants, employees, attorneys, and those persons in active concert of participation with them, from deactivating [P]laintiff's customs broker electronic entry filer code." Pl.'s Mot. for a Temporary Restraining Order ("Pl.'s Mot."), ECF No. 4.

On August 3, 2026, Defendants U.S. Customs and Border Protection, U.S. Department of Homeland Security, and Susan S. Thomas, Executive Assistant Commissioner, Office of Trade, filed their opposition to Plaintiff's motion for a temporary restraining order. Defs.' Opp. to Mot. for a Temporary Restraining Order ("Defs.' Opp."), ECF No. 8.

Upon consideration of both filings, the court concludes that, largely for the reasons set forth in the Defendants' response, the factors underlying injunctive relief do

not favor Plaintiff's request. Specifically, Plaintiff's motion does not establish that Plaintiff will face irreparable harm in the absence of injunctive relief. The mere assertion in Plaintiff's motion that "Plaintiff has and will continue to suffer substantial and irreparable financial harm unless Customs reverses its decision and reactivates [P]laintiff's electronic filer code immediately" is insufficient to establish irreparable harm. Pl.'s Mot. at 3 (citing Declaration of Forrest Xu, ECF No. 4-3). Further, as Defendant highlights, "Plaintiff has proffered no evidence, or even explanation, establishing why he cannot follow the manual entry filing procedures pursuant to 19 C.F.R. § 142.3a(e), or what the effect on his business would be." Defs.' Opp. at 18.

Given Plaintiff's failure to establish irreparable harm in the absence of a temporary restraining order, it is hereby:

**ORDERED** that Plaintiff's motion for a temporary restraining order is **DENIED**.

/s/      Lisa W. Wang
Judge

Dated: August 4, 2026
        New York, New York