**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE LISA W. WANG, JUDGE**

| | | |
|---|---|---|
| FORREST XU,<br><br>Plaintiff,<br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>SUSAN S. THOMAS, EXECUTIVE ASSISTANT<br>COMMISSIONER, OFFICE OF TRADE,<br><br>Defendants. | : | Court No. 26-03403 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to USCIT Rule 7, plaintiff respectfully moves for leave to file the accompanying Reply Brief in support of plaintiff's emergency motion for a preliminary injunction enjoining U.S. Customs and Border Protection, and its official, Executive Assistant Commissioner Susan S. Thomas, their officers, agents, servants, employees, attorneys, and those persons in active concert of participation with them, from deactivating plaintiff's customs broker electronic entry filer code, *i.e.*, N8Y.

In support of this motion, plaintiff states as follows:

1. On August 7, 2026, plaintiff filed its emergency motion for preliminary injunction.

2. On August 12, 2026, defendants filed their response.

3. Defendants' response raises significant issues and, at best, disingenuous arguments that warrant a reply so that the court may have the benefit of the parties' complete positions.

4. The proposed reply addresses matters raised in defendants' response that could not have been raised previously and will assist the court in resolving the issues presented.

5. The proposed reply also addresses the defendants' just-announced unauthorized disclosure of confidential business and personal information about plaintiff on August 14, 2026, as well as inaccurate representations by the defendants' processes for suspending or revoking an entry filer code that the government failed to provide the court, which bear directly on the factors at issue in plaintiff's emergency motion. These could not have been brought up in plaintiff's emergency motion, so a reply is warranted.

6. Granting leave to file the reply will not prejudice defendants but will complete the record and promote the orderly and efficient resolution of this matter.

WHEREFORE, plaintiff respectfully requests that the court grant leave for plaintiff to file the attached Reply Brief and grant such other and further relief as the court deems appropriate.

Dated: August 18, 2026

*/s/ Christopher J. Duncan*
Christopher J. Duncan
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Lost Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF** was filed and served via CM/ECF to the following parties:

Justin R. Miller
Attorney-in-Charge
International Trade Field Office

David Heitner
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278

*Attorneys for Defendant*

*/s/ Christopher J. Duncan*
Christopher J. Duncan