**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE LISA W. WANG, JUDGE**

| | | |
|---|---|---|
| FORREST XU,<br><br>Plaintiff,<br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, U.S. DEPARTMENT OF HOMELAND SECURITY, SUSAN S. THOMAS, EXECUTIVE ASSISTANT COMMISSIONER, OFFICE OF TRADE,<br><br>Defendants. | : | Court No. 26-03403 |

**PLAINTIFF'S MOTION FOR THE GOVERNMENT TO SHOW CAUSE**

Pursuant to USCIT Rule 7(e), plaintiff respectfully moves for an Order to Show Cause directing the government to show cause why the relief requested herein should not be granted on an expedited basis.

In support of this motion, plaintiff states as follows:

1. On August 7, 2026, plaintiff filed its emergency motion for preliminary injunction.

2. On August 12, 2026, the government filed its opposition.

3. The government's opposition raised significant issues, misleading assertions, and, at best, disingenuous arguments.

4. On August 21, 2026, pursuant to the court's grant of plaintiff's motion for leave to file a reply, plaintiff filed his reply addressing matters raised in the government's response that could not have been raised previously and will assist the court in resolving the issues presented. Plaintiff's reply also addressed the government's previously unannounced and unauthorized disclosure of confidential business and personal information about plaintiff on August 14, 2026, as well as inaccurate representations by the government on its proposed processes for suspending or

revoking an entry filer code, which the government failed to provide the court, and which bear directly on the factors at issue in plaintiff's emergency motion.

5. Plaintiff's filings set forth the relevant facts and considerations for the court. Plaintiff has been unable to file entries without its electronic entry filer code for three months now, and absent expediated relief, plaintiff will lose his customs brokerage entirely and the meritorious issues presented by plaintiff will become moot.

WHEREFORE, plaintiff respectfully requests that the court issue an Order to Show Cause requiring the defendants to appear and respond on a date and time set by the court and granting such other relief as the court deems appropriate.

Dated: September 1, 2026

*/s/ Christopher J. Duncan*
Christopher J. Duncan
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Lost Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, the foregoing **PLAINTIFF'S MOTION FOR THE GOVERNMENT TO SHOW CAUSE** was filed and served via CM/ECF to the following parties:

Justin R. Miller
Attorney-in-Charge
International Trade Field Office

David Heitner
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278

*Attorneys for Defendant*

*/s/ Christopher J. Duncan*
Christopher J. Duncan