UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| FORREST XU,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>*Defendants*. | Court No. 26-03403 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's September 16, 2026 letter (ECF No. 27), the parties have consulted and respectfully submit the following joint status report and the attached proposed briefing schedule:

## I. Joint Status Report

### a. Does the Court possess jurisdiction to entertain this action?

Plaintiff asserts that the Court has jurisdiction pursuant to 28 U.S.C. §§ 1581(i)(1), 1581(i)(4), and 2631(i). In the Government' opposition to Plaintiff's motion for a preliminary injunction, the Government asserted that the Court lacks subject matter jurisdiction because the summons and complaint were not filed concurrently as required by USCIT Rule 3(a)(3) and 28 U.S.C. § 2632(a). Aside from that position, Defendant is not aware of any other basis to challenge the Court's jurisdiction at this time.

### b. Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons therefor?

The parties are not aware of any case that should be consolidated with this case and do not believe that any portion of this case should be severed.

### c. Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reason therefor?

The parties are unaware of any reason why this case should be deferred pending another case before the Court or any other tribunal.

**d. Is there any other information of which the Court should be aware at this time?**

The parties are unaware of any other information to bring to the Court's attention at this time.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: /s/ CHRIS DUNCAN
CHRIS DUNCAN
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
(213) 689-6579
chris.duncan@squirepb.com

*Attorney for Plaintiff*

By: /s/ DAVID HEITNER
David Heitner
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza, Room 346
New York, NY 10278
(202) 598-3861

*Attorneys for Defendants*

Dated: October 14, 2026

**FORM SCP 2-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| FORREST XU,<br>Plaintiff,<br>v.<br>UNITED STATES, et al.,<br>Defendant. | BEFORE HONORABLE LISA W. WANG, JUDGE<br>Court No.: 26-03403 |

**SCHEDULING ORDER**

*Please indicate status as a Discovery or Non-Discovery Case with an "X" in the applicable box below:*

On consideration of the parties' proposed briefing schedule, it is hereby ORDERED that:

☑ Non-Discovery Cases

1. Plaintiff will file its motion for judgment on the agency record and accompanying initial brief by October 30 2026.

2. Defendant and defendant-intervenors will file their response briefs by December 10, 2026.

3. Plaintiff will file its reply brief by December 30, 2026.

4. Any requests for oral argument will be filed within 21 days of the [reply brief due date] December 30, 2026.

5. Oral argument will be scheduled on consultation with the parties.

☐ Discovery Cases

1. Any motions regarding the pleadings or other preliminary matters will be filed by ________________.

2. Discovery will be completed by ________________.

3. Any motions regarding discovery will be filed no later than 30 days after the close of discovery.

4. Dispositive motions, if any, will be filed by ________________. A brief in response to a dispositive motion may include a dispositive cross-motion.

5. If no dispositive motions are filed, a request for trial, if any, will be filed by ________________ and will be accompanied by a proposed Order Governing Preparation for Trial.

6. If necessary, trial will begin at a time and place ordered by the court.

*The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.*

Dated: ______________
New York, N.Y.

______________________