**UNITED STATES COURT OF INTERNATIONAL TRADE**

FORREST XU,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION, U.S. DEPARTMENT OF HOMELAND SECURITY, and SUSAN S. THOMAS, EXECUTIVE ASSISTANT COMMISSIONER, OFFICE OF TRADE,

Defendants.

Before: Lisa W. Wang, Judge

Court No. 26-03403

**ORDER**

Upon consideration of the parties' joint status report and proposed scheduling order, ECF No. 30, and the papers and proceedings therein, it is hereby:

**ORDERED** that Plaintiff shall file its CIT Rule 56.2 motion for judgment on the agency record by Friday, October 30, 2026;

**ORDERED** that Defendants shall file their response by Thursday, December 10, 2026;

**ORDERED** that Plaintiff shall file its reply brief by Wednesday, December 30, 2026; and

**ORDERED** that motions for oral argument, if any, shall be filed by Wednesday, January 20, 2027.

/s/ Lisa W. Wang
Judge

Dated: October 15, 2026
New York, New York